In the Matter of the Application of The City of New York, Respondent, to Acquire Certain Real Estate in the Towns of Lewisboro, etc., Westchester County, New York, etc., for the Purpose of a Dam or Reservoir

on Cross River, and for the Purpose of Supplying the City of New York with an Increased Supply of Pure and Wholesome Water. John Green, Appellant.— Order of the Special Term reversed, with ten dollars costs and disbursements, on the authority of *Matter of City of New York* (198 N. Y. 84, 92), and matter remitted to the Special Term for the appointment of new commissioners and a new hearing. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Elizabeth B. Laughlin, as Administratrix, etc.; of John F. Laughlin, Deceased, Appellant, v. The Coney Island and Brooklyn Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Israel Levinson, Respondent, v. Andrew Luby, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Sylvan Levy, Respondent, v. Andrew Luby, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Eik Marikavicts, Respondent, v. James Marino, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Elizabeth McGee, Appellant, v. Nassau Electric Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. · No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The People of the State of New York ex rel. Patrick L. Collins, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Thomas J. Quinn, Respondent, v. Marcus A. Myers, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

S. & V. Motor Company, Appellant, v. E. R. Thomas Motor Branch Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.